**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-1042

———————

WASTE MANAGEMENT OF CAROLINAS, INCORPORATED,

Plaintiff - Appellant,

versus

NEW HANOVER COUNTY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (CA-93-113-7-BR)

———————

Submitted:  October 13, 2004          Decided:  October 22, 2004

———————

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Dixon Case, Jason Selig Thomas, HUNTON & WILLIAMS, L.L.P., Raleigh, North Carolina, for Appellant.  E. Holt Moore, III, Assistant County Attorney, Wilmington, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Waste Management of Carolinas, Inc., appeals the district court's order denying its motion for attorney's fees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Waste Management of Carolinas, Inc. v. New Hanover County</u>, No. CA-93-113-7-BR (E.D.N.C. Dec. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>